# COURT OF APPEALS
## FOR THE
## THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS  78711-2547
(512) 463-1733

Date:           March 28, 2013

Case Numbers:  03-13-00112-CR, 03-13-00115-CR & 03-13-00116-CR
Trial Court Nos.: CR-12-0484, CR-11-0554 & CR-11-0462

Style:          Roland Sosa v. The State of Texas

The enclosed opinion and judgments were sent this date to the following persons:

The Honorable Gary L. Steel
Judge, 274th District Court
101 E. Court Street, Room 205
Seguin, TX  78155-5779

The Honorable Lisa C. McMinn
State Prosecuting Attorney
P. O. Box 13046
Austin, TX  78711

Mr. Roland Sosa
TDCJ ID# 219245
1307 Uhland Road
San Marcos, TX  78666

The Honorable Sherri Tibbe
Hays County District Attorney
Hays County Government Center
712 South Stagecoach Trail, Suite 2057
San Marcos, TX  78666

The Honorable Beverly Crumley
Hays County District Clerk
Hays County Government Center
712 South Stagecoach Trail, Suite 2211
San Marcos, TX  78666